```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       IN CHARLESTON
```

NATIONWIDE MUTUAL INSURANCE CO.,

    Plaintiff,

v.                                    Civil Action No. 2:09-00657

ALMOST HEAVEN RIBS, INC., et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

By Order entered October 8, 2014, the court ordered the parties to confer for a second Rule 26(f) meeting. (Doc. No. 87). The court further ordered the parties to file a report of that Rule 26(f) meeting on or before November 12, 2014. To date, neither party has filed a report of their Rule 26(f) meeting. If neither party files such a report on or before **February 20, 2015** or provides an explanation for failure to do so, the court will dismiss this case for failure to prosecute.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 23rd day of January, 2015.

                              ENTER:

                              David A. Faber
                              Senior United States District Judge